

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2015

No. 04-14-00562-CV

Jesus **DE LOS SANTOS**, Jr., Individually and as Representative of the Estate of Jesus Francisco De Los Santos, Deceased, and Juan De Los Santos, Individually,
Appellants

v.

**FORD MOTOR COMPANY** and Marco Anthony Soliz, Jr. (Cross-Appellant),
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 11-08-50394-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Appellant filed a motion for leave to file a post-submission letter brief. The rules do not require a party to ask for leave to file such a document. Accordingly, we **DENY AS MOOT** the motion for leave. The court has filed and will review the post-submission letter brief.

It is so **ORDERED** on April 9, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court